FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-2597
_____

RONTARIAN WRIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Gadsden County.
Barbara K. Hobbs, Judge.

June 13, 2019


PER CURIAM.

AFFIRMED.

RAY, BILBREY, and JAY, JJ., concur.

_____


***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Rontarian Wright, pro se, Appellant.

Ashley Moody, Attorney General, and Virginia C. Harris, Assistant Attorney General, Tallahassee, for Appellee.